1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 14853
3
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (510) 970-4811
   Facsimile: (415) 744-0134
7  E-Mail: allison.cheung@ssa.gov

8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12 ANAROSA CARRILLO,                      )
                                          ) Case No.: 2:21-cv-01130-VCF
13          Plaintiff,                    )
                                          ) **STIPULATION TO VOLUNTARY**
14     v.                                 ) **REMAND PURSUANT TO SENTENCE**
                                          ) **FOUR OF 42 U.S.C. § 405(g) AND TO**
15 KILOLO KIJAKAZI,                       ) **ENTRY OF JUDGMENT FOR**
   Acting Commissioner of Social Security,) **PLAINTIFF**
16                                        )
            Defendant.                    )
17                                        )
                                          )
18

19
       IT IS HEREBY STIPULATED by and between the parties, through their undersigned
20
   attorneys, and with the approval of the Court, that this action be remanded for further administrative
21
   action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.
22
       On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for
23
   a new decision.
24
   //
25
   //
26

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 17, 2021               Respectfully submitted,

                                       ROHFLING & KALAGIAN, LLP

                                       */s/ Marc V. Kalagian*
                                       MARC V. KALAGIAN
                                       (*as authorized via email on December 16, 2021)
                                       Attorney for Plaintiff


Dated:  December 17, 2021              Respectfully submitted,

                                       CHRISTOPHER CHIOU
                                       Acting United States Attorney

                                       */s/ Allison J. Cheung*
                                       ALLISON J. CHEUNG
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


                                       IT IS SO ORDERED:

                                       _____
                                       HON. CAM FERENBACH
                                       UNITED STATES MAGISTRATE JUDGE

                                       DATED: __12-17-2021_____

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

    Marc Kalagian
    marc.kalagian@rksslaw.com
    Attorney for Plaintiff

    Gerald Welt
    gmwesq@weltlaw.com
    Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 17, 2021

                                        */s/ Allison J. Cheung*
                                        ALLISON J. CHEUNG
                                        Special Assistant United States Attorney